IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

SEP – 5 2006

CLERK, U.S. DISTRICT COURT
By _____
2:06-CV-0159     Deputy

ROBERT DEWAYNE THOMAS,            §
                                  §
        Petitioner,               §
                                  §
v.                                §
                                  §
NATHANIEL QUARTERMAN, Director,   §
Texas Department of Criminal Justice,  §
Correctional Institutions Division,    §
                                  §
        Respondent.               §

## ORDER ADOPTING REPORT AND RECOMMENDATION and DISMISSING PETITION FOR A WRIT OF HABEAS CORPUS

Came this day for consideration the Petition for a Writ of Habeas Corpus by a Person in State Custody filed by petitioner. On August 14, 2006, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that petitioner's application for a writ of habeas corpus be dismissed for failure to exhaust state court remedies. As of this date, petitioner has not filed objections to the Magistrate Judge's Report and Recommendation.

The undersigned United States District Judge has made an independent examination of the record in this case. The Magistrate Judge's Report and Recommendation is hereby ADOPTED. Accordingly, the petition for a writ of habeas corpus filed by petitioner is hereby DISMISSED. Let judgment be entered accordingly.

        IT IS SO ORDERED.

        ENTERED this _____ day of ___September___ 2006.


                        _____
                        MARY LOU ROBINSON
                        UNITED STATES DISTRICT JUDGE